No. 91–5209. JOHNPOLL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5210. LEWIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5211. OLLOH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–5212. MELGOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5213. ALBRITTON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–5214. ALDRIDGE v. CALIFORNIA. App. Dept., Super. Ct. Cal., San Diego County. Certiorari denied.

No. 91–5215. CURTIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5217. CLAY v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91–5220. BRUCE v. JOHNSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5221. FRANKLIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5222. TURNER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5223. WOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5224. ADAMS v. BUENA VISTA CITY SCHOOL BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5225. TAYLOR v. CUMBERLAND COUNTY DISTRICT ATTORNEY'S OFFICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5227. THOMAS v. BLANKENSHIP, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.